**FILED**

08/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0317

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0317

_____

TOWN OF KEVIN,

     Plaintiff and Appellee,

    v.

NORTH CENTRAL MONTANA REGIONAL
WATER AUTHORITY,

     Defendant and Appellant.

_____

O R D E R

     Counsel for the parties have filed a Stipulated Motion to Stay in this matter pending the approval of a settlement.  Good cause appearing,

     IT IS HEREBY ORDERED that the motion is GRANTED.  The parties have until October 13, 2023, within which to file a stipulation for dismissal or a report on the status of this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2023